CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street
Suite 2350
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorney for Defendant JOHN GRECO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 11-0624 WHA |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE HEARING** |
| JOHN GRECO, | ) **DATE** |
| Defendant. | ) |
| | ) |

**IT IS HEREBY STIPULATED BY THE PARTIES** that the hearing for

Defendant John Greco, which is currently scheduled for Tuesday, February 5, 2013,

at 2:00 p.m., be continued to Tuesday, April 23, 2013, at 2:00 p.m.

Because of continuing investigation in this and related cases, neither defense

nor government counsel are able to be adequately prepared for the currently

scheduled hearing date.  Both government and defense counsel hope that this and the

STIP AND [PROP] ORDER TO CONTINUE SENTENCING                    1
CR 11-0624 WHA

related matters will be sufficiently resolved by next scheduled hearing date and

request that hearing be set for April 23, 2013.

Accordingly, the parties stipulate and request that the upcoming hearing date

be vacated and continued until Tuesday, April 23, 2013 at 2:00 p.m.

**SO STIPULATED.**

Dated: February 1, 2013                              _____/s/_____
                                                     Christopher Cannon
                                                     Attorney for John Greco


                                                     Melinda Haag
                                                     United States Attorney

Dated: February 1, 2013                              _____/s/_____
                                                     Kathryn Haun
                                                     Assistant United States Attorney


**IT IS SO ORDERED.**

Dated:  February 4, 2013.                            _____
                                                     Honorable William H. Alsup
                                                     United States District Judge

STIP AND [PROP] ORDER TO CONTINUE SENTENCING                    2
CR 11-0624 WHA