# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

### Report on Offender Under Supervision

**Name of Offender**
Jacob Moynihan

**Docket Number**
0971 3:11CR00624-001 WHA

**Name of Sentencing Judge:**  The Honorable William Alsup
United States District Judge

**Date of Original Sentence:**  July 10, 2013

**Original Offense**
Count One: Conspiracy to Commit Bank and Wire Fraud, 18 U.S.C. § 1349, a Class B Felony.
Counts Two through Five: Bank Fraud, 18 U.S.C. § 1344, Class B Felonies.
Counts Six through Thirteen: Wire Fraud, 18 U.S.C. § 1343, Class C Felonies.
Counts Fourteen through Twenty-Three: Laundering of Monetary Instruments Over $10,000, 18 U.S.C. § 1957, Class C Felonies.
Count Twenty-Four: Conspiracy to Maintain Drug Involved Premises, 21 U.S.C. § 841(a)(2), a Class C Felony.

**Original Sentence:** Thirty (30) months custody (thirty (30) months on each Counts One through Twenty-Five(25), all terms to run concurrently), five (5) years supervised release (Five (5) years on Counts One(1) through Twenty-Five(25), and Three (3) years on each Counts Six(6) through Twenty-Four(24), all to run concurrent.

**Special Conditions:**  Special assessment $2,500; restitution $3,168,000; not associate with any member or associates of Hells Angels Motorcycle Club; drug aftercare; mental health treatment; no alcohol; no new lines of credit or debt; access to financial information; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; check voicemail; DNA collection; search.

**Type of Supervision**
Supervised Release

**Date Supervision Commenced**
October 8, 2015

**Assistant U.S. Attorney**
Kathryn Haun

**Defense Counsel**
Mary McNamara (Appointed)

**RE:**   Moynihan, Jacob                                                                                                                        2
            0971 3:11CR00624-001 WHA

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that while on supervised release, he shall not use a controlled substance. |
| | On June 13, 2017, the offender submitted a urine sample for drug screen testing at his home. That sample tested positive for marijuana. He admitted that he had smoked marijuana to celebrate his birthday earlier in the month. |
| | Evidence to support this charge is contained in United States Probation chronological report dated June 13, 2017. |

### Action Taken and Reason

On June 13, 2017, the offender tested positive for marijuana. We spoke about the benefits of maintaining his sobriety and his need to refrain from marijuana while on supervised release. Mr. Moynihan assured me that this was an isolated incident and on June 23, 2017, the offender submitted to another drug test. The results of the drug test performed on June 23, 2017, were negative for all substances. United States Probation will increase drug testing on Mr. Moynihan and ensure compliance with the Court order. It is respectfully recommended that the Court take judicial notice of the violation and continue to monitor the case.

Respectfully submitted,                                                         Reviewed by:

_____                          _____
Cristopher Taylor                                                                  Robert E. Tenney
U.S. Probation Officer                                                           Supervisory U.S. Probation Officer
Date Signed: June 29, 2017

**RE:**   Moynihan, Jacob                                                                                                     3
            0971 3:11CR00624-001 WHA

THE COURT ORDERS:

☑   The Court concurs and takes judicial notice
☐   Submit a request to modify supervision
☐   Submit a request for a warrant
☐   Submit a request for summons
☐   Other:


July 3, 2017
_____          _____
Date                                                           William Alsup
                                                                    United States District Judge