# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

**FILED JUN 14 2018 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

## Petition for Arrest Warrant for Offender Under Supervision

**Name of Offender**
Justin Batemon

**Docket Number**
0971 3:11CR00624-007 WHA

**Name of Sentencing Judge:** The Honorable William Alsup
United States District Judge

**Date of Original Sentence:** May 23, 2012

**Original Offense**
Count One: Conspiracy to Commit Bank and Wire Fraud, 18 U.S.C. § 1349, a Class B Felony.
Count Six: Wire Fraud, 18 U.S.C. § 1343, a Class C Felony

**Original Sentence:** 37 months on each Counts One and Six, both counts to run concurrently.
**Special Conditions:** Drug treatment; no alcohol; $200 special assessment; $160,000 restitution; access to financial information; search; DNA collection; and check voice mail.

**Prior Form(s) 12:** On September 6, 2016, the Court revoked the offender's term of supervised release and imposed a custodial sentence of two months. The Court also imposed a three (3) year term of supervised release to include residential drug and alcohol treatment at New Bridge. The revocation was based on substance abuse, failure to notify the probation officer of a change in residence, failure to report as directed; and failure to follow the probation officers direction.

On June 23, 2015, the Court revoked the offender's term of supervised release and imposed a custodial sentence of six months and a term of supervised release of three (3) years. The Court also placed the offender into residential drug treatment. The revocation was a result of failure to follow the direction of the probation officer, failure to comply with drug testing and associations with gang members.

On June 12, 2018, all parties appeared before the Court on below listed violations number one and two. The Court was informed that there had been some positive steps while on supervision; however the United States Probation was concerned about the possibility that the offender had a device to alter a recent urine sample. The Court directed the offender to report to United States Probation immediately following the hearing to submit another drug test. The Court set a future status hearing for June 26, 2018, on the pending violation.

NDC-SUPV-FORM 12C(1) 4/6/2015

RE:   Batemon, Justin                                                              2
      0971 3:11CR00624-007 WHA

**Type of Supervision**                    **Date Supervision Commenced**
Supervised Release                         November 4, 2016
**Assistant U.S. Attorney**                **Defense Counsel**
Rita Lin                                   Robert Waggener (Appointed)

---

**Petitioning the Court for the issuance of a no bail warrant for the offender's arrest.**

I, Cristopher Taylor, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that while on supervised release, he shall not use a controlled substance. |

On March 15, 2018, the offender reported to the United States Probation Office and submitted a urine sample for drug testing. That sample yielded a positive result for methamphetamine. Mr. Batemon admitted that he had relapsed on methamphetamine on March 14, 2018.

**On June 13, 2018, the offender reported to the United States Probation Office to submit a urine sample. Mr. Batemon failed to submit a urine sample for four hours. After the four hours of waiting, he submitted a urine sample for drug testing that was presumptive positive for methamphetamine.**

Evidence to support this charge is contained in United States Probation chronological report dated March 15, **and June 13, 2018** and a signed admission form dated March 15, 2018.

RE:    Batemon, Justin                                                                                  3
       0971 3:11CR00624-007 WHA

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe that the offender violated special condition number one that he shall pay the restitution that is ordered by the Court. |

    Mr. Batemon last made a restitution payment on May 16, 2017. There is a current outstanding restitution balance of $158,017.

    Evidence to support this charge is contained in United States Court Summary of Payments dated March 15, 2018.

| Charge Number | Violation |
|---|---|
| Three | **There is probable cause to believe that the offender violated standard condition number three that he shall follow the direction of the probation officer.** |

    **On June 12, 2018, the offender reported to the San Francisco United States Probation office to submit a urine sample for drug testing. While the offender was providing that urine sample, I noticed what I believed to be a device used to defeat the drug test. I gave Mr. Batemon several directives to remove his clothing to verify that no device was present. After several minutes of conversation and attempts to persuade the offender to comply, he refused and was escorted out of the office.**

    **Evidence to support this charge is contained in United States Probation chronological report dated June 12, 2018.**

| Charge Number | Violation |
|---|---|
| Four | **There is probable cause to believe that the offender violated special condition number five that the offender shall participate in a drug testing program at the direction of the probation officer.** |

    **On June 12, 2018, the offender was directed by the Court to report to the United States Probation Office in San Francisco to submit a urine sample. The offender sat in the United States Probation lobby from 3:00pm to 4:20pm and was unable to submit a urine sample as directed. Mr. Batemon was directed to return to the United States Probation Office on June 13, 2018, at 8:00am for a drug test.**

    **On June 13, 2018, the offender altered a urine sample for drug testing at Star Vista / Archway Drug Treatment Facility in Redwood City. Mr. Batemon was observed pouring juice into a**

RE:  Batemon, Justin                                                                                                     4
      0971 3:11CR00624-007 WHA

> urine collection cup for the purpose of adulterating the urine sample.
>
> Evidence to support this charge is contained in United States Probation chronological report dated June 12, and June 13, 2018 and an incident report from Archways Drug Treatment Center dated June 13, 2018.

| Charge Number | Violation |
|---|---|
| Five | There is probable cause to believe that the offender violated the standard condition six that he shall notify the probation officer ten days prior to any change in residence. |

> On June 13, 2018, Mr. Batemon returned to his current clean and sober living home in San Rafael. As a result of his recent relapse and odd behaviors at the sober living home, the director of the program arraigned for Mr. Batemon to report to Helen Vine Detox Facility for forty eight hours until medically cleared to return to the sober living facility. Mr. Batemon declined to report to the detox facility and decided to leave the current sober living home and has not reported any change in address to the United States Probation Office.
>
> Evidence to support this charge is contained in United States Probation chronological report dated June 13, 2018.

Based on the foregoing, there is probable cause to believe that Justin Batemon violated the conditions of his Supervised Release.

Respectfully submitted,                                        Reviewed by:

_[signature]_                                                         _[signature]_

Cristopher Taylor                                                Michael McFarland
U.S. Probation Officer                                          Supervisory U.S. Probation Officer
Date Signed: June 14, 2018

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

RE: Batemon, Justin 5
      0971 3:11CR00624-007 WHA

☑ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12 WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.
Other:

June 14, 2018
Date

William Alsup
United States District Judge

RE:   Batemon, Justin                                                                                                  6
      0971 3:11CR00624-007 WHA

## APPENDIX

Grade of Violations:  C [USSG § 7B1.1 (a)(3), p.s.]

Criminal History at time of sentencing:  V

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Three (3) years<br>18 U.S.C. § 3583(e)(3) | 7-13 months<br>USSG § 7B1.4 (a), p.s. |
| **Supervised Release:** | Five (5) years<br>18 U.S.C § 3583(b)(2) | Five (5) years<br>USSG § 7B1.3(g)(2) |
| **Probation:** | Not Applicable | Not Applicable |