# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Report on Offender Under Supervision

**Name of Offender**  
Jacob Moynihan

**Docket Number**  
0971 3:11CR00624-001 WHA

**Name of Sentencing Judge:** The Honorable William Alsup  
United States District Judge

**Date of Original Sentence:** July 10, 2013

**Original Offense**  
Count One: Conspiracy to Commit Bank and Wire Fraud, 18 U.S.C. § 1349, a Class B Felony,  
Counts Two through Five: Bank Fraud, 18 U.S.C. § 1344, Class B Felonies  
Counts Six through Thirteen: Wire Fraud, 18 U.S.C. § 1344, Class B Felonies  
Count Fourteen through Twenty-Three: Laundering of Money Instruments Over $10,000, 18 U.S.C. § 1957, Class C Felonies  
Count Twenty-Four: Conspiracy to Maintain Drug Involved Premises, 21 U.S.C. § 841(a)(2), a Class C Felony.  
Count Twenty-Five: Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(vii), a Class B Felony

**Original Sentence:** Thirty (30) months custody on County One through Twenty- Five, all terms to run concurrently, five years supervised release.

**Special Conditions:** alcohol treatment; drug treatment; special assessment $2,500; restitution $3,168,000; no new lines of credit or debt; access to financial information; search; no association with Hells Angels Motorcycle Club, not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; check voicemail; DNA collection.

**Prior Form(s) 12:** On July 3, 2017, a Judicial Notice was filed with the Court for the client testing positive for marijuana.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Kathryn Haun

**Date Supervision Commenced**  
October 8, 2015  
**Defense Counsel**  
Mary McNamara (Appointed)

### Petitioning the Court to Take Judicial Notice

RE:   Moynihan, Jacob                                                                                                               2
      0971 3:11CR00624-001 WHA

## Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that Mr. Moynihan violated standard condition that while on supervised release he shall not use a controlled substance. |
| | On April 1, 2019, Mr. Moynihan submitted a urine sample positive for Marijuana. He admitted to relapsing on this date. |
| | Evidence to support his charge is contained in chronological entry dated April 1, 2019, maintained by the United States Probation Office. |

## Action Taken and Reason

On April 1, 2019, Mr. Moynihan tested positive for marijuana. The client admitted to making a poor decision and reported it was an isolated incident. The client was drug tested again on April 23, 2019 and submitted a negative drug test. The United States Probation Office will increase drug testing on Mr. Moynihan to ensure compliance with the Court order. It is respectfully recommended that the Court take judicial notice of the violation and continue to monitor the case.

Respectfully submitted,                                    Reviewed by:

_(signed) Laura Triolo_                                    _(signed) Kevin L. Thomas_
_____                             _____
Laura Triolo                                               Kevin L. Thomas
U.S. Probation Officer                                     Supervisory U.S. Probation Officer
Date Signed: April 26, 2019

---

THE COURT ORDERS:

- [x] The Court concurs and takes judicial notice
- [ ] Submit a request to modify supervision
- [ ] Submit a request for a warrant
- [ ] Submit a request for summons
- [ ] Other:

May 6, 2019                                                _(signed) William Alsup_
_____                             _____
Date                                                       William Alsup
                                                           United States District Judge