

FILED

AUG 09 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

### Petition for Arrest Warrant for Offender Under Supervision

---

**Name of Offender**  
Justin Batemon

**Docket Number**  
0971 3:11CR00624-007 WHA

**Name of Sentencing Judge:**  The Honorable William Alsup  
United States District Judge

**Date of Original Sentence:**  May 23, 2012

**Original Offense**
Conspiracy to Commit Bank and Wire Fraud, 18 U.S.C. § 1349, a Class B Felony, Count Six: Wire Fraud, 18 U.S.C. §1343, a Class C Felony.

**Original Sentence:** 37 months on each Counts one and Six, both counts to run concurrently.

**Special Conditions**: Drug treatment; no alcohol; $200 special assessment; $160,000 restitution; access to financial information; search; DNA collection; and check voicemail.

Prior Form(s) 12:  On June 23, 2015, the Court revoked Mr. Batemon's term of supervised release and imposed a custodial sentence of six months and term of supervised release of three (3) years. The Court also placed Mr. Batemon into residential drug treatment. The revocation was a result of failure to follow the direction of the probation officer, failure to comply with drug testing and association with gang members.

On September 6, 2016, the Court revoked Mr. Batemon's term of supervised release and imposed a custodial sentence of two months. The Court also imposed a three (3) year term of supervised release to include residential drug and alcohol treatment at New Bride foundation. The revocation was based on substance abuse, failure to notify the probation officer of a change in residence, failure to report as directed, and failure to follow the probation officer's direction.

On March 21, 2018, A Petition for Summons for Offender Under Supervision was filed for testing positive for methamphetamine and failure to pay restitution. On June 14, 2018, a Petition for Arrest Warrant was filed for Mr. Batemon's continued noncompliance which included altering a drug test, failing to drug test and not notifying probation officer of residence. On July 24, 2018, the Court revoked Mr. Batemon's term of supervised release and imposed a custodial sentence of 90 days followed by 33 months of supervised release, with a special condition that he shall reside in a residential reentry center for a period of up to twelve (12) months at the direction of the probation officer.

**RE:** Bateman, Justin         2
0971 3:11CR00624-007 WHA

On October 16, 2018, Your Honor took judicial notice that the client tested positive for methamphetamine and marijuana on October 6, 2018.

| **Type of Supervision** | **Date Supervision Commenced** |
|---|---|
| Supervised Release | September 21, 2018 |

| **Assistant U.S. Attorney** | **Defense Counsel** |
|---|---|
| Nikhil Bhagat | Robert Waggener (Appointed) |

**Petitioning the Court for the issuance of a no bail warrant for Justin Batemon's arrest.**

I, Laura Triolo, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that Mr. Batemon violated standard condition number six that he must live at a place approved by the probation officer and notify the probation officer at least 10 days before the change. |
|  | On August 5, 2019, the client was terminated from his sober living house for suspicion of being under the influence and not following house rules. To this date, Mr. Batemon has not contacted the undersigned and notified of any change in residence. |
|  | Evidence to support this charge is contained in the chronological entry dated August 5, 2019, maintained by the United States Probation Office. |
| Two | There is probable cause that Mr. Batemon violated standard condition number seven that he must allow the probation officer to visit you at any time at your home or elsewhere. |

NDC-SUPV-FORM 12C(2) 4/6/2015

RE: Batemon, Justin 3
0971 3:11CR00624-007 WHA

> On August 5, 2019, the undersigned attempted to meet with the client at his sober living environment. The client locked himself in his room, which was against house policy, and refused to allow the probation officer to make contact with him. It should be noted that Mr. Batemon's vehicle was parked in front of the residence and several of his housemates verified that Mr. Batemon had not left the residence.
>
> Evidence to support this charge is contained in chronological entry dated August 5, 2019, maintained by the United States Probation Office.

Three
> There is probable cause to believe that Mr. Batemon violated special condition number five that he participate in a substance abuse program that includes treatment and testing as directed by the probation officer.
>
> On August 4, 2019, Mr. Batemon missed a random drug test at Centerpoint.
>
> On August 6, 2019, Mr. Batemon missed a scheduled counseling session at Centerpoint with individual counselor.
>
> Evidence to support this charge is contained in chronological entry dated August 5, 2019, maintained by the United States Probation Office.

Based on the foregoing, there is probable cause to believe that Justin Batemon violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                          Reviewed by:

*Laura Triolo* (signature)                       *Kevin Thomas* (signature)

Laura Triolo                                     Kevin L. Thomas
U.S. Probation Officer Specialist                Supervisory U.S. Probation Officer
Date Signed: August 7, 2019

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

RE: Batemon, Justin 4
~~0971~~ 3:11CR00624-007 WHA

☑ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12 WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐ Other:

8-9-19

_____  
Date

_____  
William Alsup  
United States District Judge

RE:   Batemon, Justin
      0971 3:11CR00624-007 WHA

5

## APPENDIX

Grade of Violations: C (USSG § 7B1.1(a)(3), p.s.

Criminal History at time of sentencing: V

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Three (3) years<br>18 U.S.C. §3583(e)(3) | 7-13 months<br>USSG § 7B1.4(a), p.s. |
| **Supervised Release:** | Five (5) years<br>18 U.S.C. §3583(b)(2) | Five (5) years<br>USSG § 7B1.3(g)(2) |
| **Probation:** | Not applicable | |