# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Report on Person Under Supervision

**Person Under Supervision**
Jacob Moynihan

**Docket Number**
0971 3:11CR00624-001 WHA

**Name of Sentencing Judge:**  The Honorable William Alsup
United States District Judge

**Date of Original Sentence:**  July 10, 2013

**Original Offense**
Count One: Conspiracy to Commit Bank and Wire Fraud, 18 U.S.C. § 1349, a Class B Felony,
Counts Two through Five: Bank Fraud, 18 U.S.C. § 1344, Class B Felonies
Counts Six through Thirteen: Wire Fraud, 18 U.S.C. § 1344, Class B Felonies
Count Fourteen through Twenty-Three: Laundering of Money Instruments Over $10,000, 18 U.S.C. § 1957, Class C Felonies
Count Twenty-Four: Conspiracy to Maintain Drug Involved Premises, 21 U.S.C. § 841(a)(2), a Class C Felony.
Count Twenty-Five: Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(vii), a Class B Felony

**Original Sentence:** Thirty (30) months custody on County One through Twenty- Five, all terms and five (5) years supervised release term

**Special Conditions:**  $2,500 special assessment; $3,168,000 restitution; access to financial information; no new lines of credit and/or debit; abstain from alcohol; participate in substance abuse treatment and testing; mental health treatment; no association with Hells Angels Motorcycle Club or any other gang; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; check voicemail; DNA collection

**Prior Form(s) 12:**
On July 3, 2017, the Court took Judicial Notice of Mr. Moynihan testing positive for Marijuana

On May 6, 2019, the Court took Judicial Notice of Mr. Moynihan testing positive for Marijuana

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Nikhil Bhagat

**Date Supervision Commenced**
October 8, 2015
**Defense Counsel**
Mary McNamara (Appointed)

**RE:**   Moynihan, Jacob Middle                                                                 2
          0971 3:11CR00624-001 WHA

## Petitioning the Court to Take Judicial Notice

On October 08, 2015, Jacob Moynihan began his supervised release term in the Northern District of California. Mr. Moynihan was ordered to pay a $2,500 special assessment fee and $3,168,000 in restitution. To this date, Mr. Moynihan has paid his special assessment in full and $93,757.25 towards his restitution. His remaining balance on his restitution is $3,074,242.75. Mr. Moynihan is self-employed and is making monthly payments toward his restitution. His supervised release term is set to expire on October 07, 2020 and will have an outstanding restitution balance. It is recommended for the Court to take Judicial Notice of the unpaid balance and allow supervision to expire as scheduled.

Respectfully submitted,                              Reviewed by:

_____                     _____
Grisel Gomez                                         Kevin L. Thomas
U.S. Probation Officer                               Supervisory U.S. Probation Officer
Date Signed: September 25, 2020

THE COURT ORDERS:

☒   The Court concurs and takes judicial notice

☐   Submit a request to modify supervision

☐   Submit a request for a warrant

☐   Submit a request for summons

☐   Other:

_____October 5, 2020_____                       _____
Date                                                 William Alsup
                                                     United States District Judge