AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| USA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-CR-00624-WHA |
| Jacob Moynihan  et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

USA, Plaintiff                               .

Date:   02/25/2021

/S/
*Attorney's signature*

Aseem Padukone CABN 298812
*Printed name and bar number*

U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
*Address*

Aseem.Padukone@usdoj.gov
*E-mail address*

(415) 436-6401
*Telephone number*

(415) 436-7234
*FAX number*